**John H. JACOBS, Petitioner,**

v.

**UNITED STATES of America.**

**No. 15050.**

United States Court of Appeals
Eighth Circuit.

April 5, 1954.

John H. Jacobs, pro se.

Motion of petitioner for order requiring Hon. Richard M. Duncan, Judge of the United States District Court for Western District of Missouri, to issue order allowing him to appeal in forma pauperis from order denying petition for writ of habeas corpus, denied.

**UNITED STATES of America, ex rel. Louis LOMBARDO, Plaintiff-Appellant, v. J. Russell BRAMBLETT, now J. S. Kershner, By Substitution, Officer in Charge, Immigration Service, Defendant-Appellee.**

**No. 12015.**

United States Court of Appeals
Sixth Circuit.

April 14, 1954.

Henry C. Lavine, A. R. Fiorette, K. V. Nicola, Cleveland, Ohio, for appellant.

John J. Kane, Jr., and Robert C. Grisanti, Cleveland, Ohio, for appellee.

Before ALLEN and McALLISTER, Circuit Judges, and FORD, District Judge.

PER CURIAM.

The above cause having come on to be heard upon the record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court, 114 F.Supp. 183, be and is hereby affirmed, for the reasons set forth by Judge McNamee in his opinion denying the petition for a writ of habeas corpus.

**Count Don SHAW, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 12039.**

United States Court of Appeals
Sixth Circuit.

April 22, 1954.

Albert R. Gamble, Cleveland, Ohio, for appellant.

John J. Kane, Jr., Eben H. Cockley, Cleveland, Ohio, for appellee.

Before SIMONS, Chief Judge, ALLEN, Circuit Judge, and STARR, District Judge.

PER CURIAM.

On trial by the court without a jury the appellant was convicted of violation of the Universal Military Training and Service Act of 1948 as amended 50 U.S.A.Appendix, § 462, in that he failed to report for induction into the armed forces pursuant to an order of the local Selective Service Board. He appeals from the judgment of conviction and sentence.

Upon consideration of the record, briefs, and oral arguments of counsel, we find that there was no prejudicial error in the admission of evidence; that the appellant's trial was fair and impartial; and that the sentence imposed was provided by law, 50 U.S.C.Appendix, § 462.

Wherefore, the judgment of conviction and sentence is affirmed.